IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILTON EUGENE JONES,

    Petitioner,                    No. CIV S 07-2682 MCE GGH P

    vs.

SUZAN HUBBARD, et al.,

    Respondents.                ORDER

_____/

        Pursuant to the Order, filed on January 10, 2008, petitioner, by filing dated January 24, 2008, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: 02/27/08                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
jone2682.ifp