UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Wilton Eugene Jones | ) | CASE NO. 2:07-cv-2682-AHS |
| | ) | |
| | ) | ORDER OF REASSIGNMENT |
| vs. | ) | |
| | ) | |
| Suzan Hubbard, et al | ) | |
| | ) | |

Pursuant to the Order of Designation of Judge to Serve in Another District Within the Ninth Circuit, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

This action is reassigned to Judge Terry J. Hatter, Jr., for all further proceedings. The new case number for this action, 2:07-cv-2682-TJH, must be used on all future documents filed with the court.

All dates currently set in this reassigned action shall remain pending, subject to further order of the court.

Dated:  December 10, 2008

_____
Chief Judge Alicemarie H. Stotler